In the Matter of the Accounting of JULIA JEDVABNIKS et al., as Administrators of the Estate of ABRAMS JEDVABNIKS, Deceased, Respondents. FRANCES GRUNER, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 741.]

In the Matter of the Accounting of JULIA JEDVABNIKS et al., as Administrators of the Estate of ABRAMS JEDVABNIKS, Deceased, Respondents. FRANCES GRUNER, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 741.]

CONSOLIDATED FISHERIES COMPANY v. BROWN-ALLEN CHEMICALS, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 747.]

CONSOLIDATED FISHERIES COMPANY v. BROWN-ALLEN CHEMICALS, INC.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 747.]

HERCULES LAUNDRY MACHINERY CO., INC., v. BROOKLINE OIL BURNER CO., INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 807.]

(Republish.)

In the Matter of NEW YORK SAVINGS BANK, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.— Savings banks having life insurance departments issuing mutual policies under article 10-A of the Insurance Law, were regarded as mutual companies within the coverage of the Insurance Law (*Matter of Columbian Protective Assn.* v. *McGoldrick*, 292 N. Y. 171, 174). The subsequent transfer of article 10-A from the Insurance Law to article VI-A of the Banking Law did not alter the character of such companies. Such department of a savings bank partakes of the nature of a mutual life insurance company for the purpose of determining the applicability of the municipal gross receipts tax (Administrative Code of City of New York, § RR41–1.0). Determination unanimously confirmed, with $20 costs and disbursements to the respondents. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 815; *post*, p. 882.]